THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ENRIQUE HERNANDEZ, Appellant.

Submitted February 20, 2007; decided March 27, 2007

Motion to dismiss the appeal herein granted and appeal dismissed without prejudice to a motion to reinstate the appeal should defendant return to this Court's jurisdiction (*see People v Diaz*, 7 NY3d 831 [2006]).